## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.  **RULE 5 HEARING**

**PETER BERNEGGER**  Case No. 08-M-657
N.D. of Mississippi Case No. 07-CR-176

---

HONORABLE WILLIAM C. GRIESBACH, presiding    Tape No.: 081508
Deputy Clerk: Cheryl    Hearing Began: 2:06 p.m.
Hearing Held: August 15, 2008    Hearing Ended: 2:12 p.m.

**Appearances:**

UNITED STATES OF AMERICA by:    William J. Roach

PETER BERNEGGER, in person, and by:    Timothy Geary

U.S. PROBATION OFFICE by:   ☐ Mitch Farra   ☒ Tina Morissette   ☐ Amy Kosmoski

INTERPRETER:  ☒ None  ☐ Sworn

---

Defendant received a copy of the indictment and warrant.
Court advises the defendant of Rule 20.
Defendant indicates he intends to retain counsel.
Parties request a detention hearing.
Court sets detention hearing: August 19, 2008 at 11:30 a.m. with U.S. Magistrate Judge Sickel.