# United States District Court

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| PETER BERNEGGER | |
| *Defendant* | Case Number: 08-M-657 |

Upon motion of the Defendant and the United States, it is **ORDERED** that a detention hearing is set for

**August 19, 2008**[1] at **11:30 a.m.** before **James R. Sickel,**

125 S. Jefferson St., Green Bay, WI 54301, Room 201
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody and produced for the hearing.

Date:   August 15, 2008                                s/ William C. Griesbach
                                                       *United States District Judge*

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C.§ 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government: subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.